**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       **V.**                               **CASE NO.:0206 5:19CR00372-001**

    **Nicholas Patchen**

---

**HONORABLE GLENN T. SUDDABY, U.S. DISTRICT COURT JUDGE**

## ORDER

After reviewing the circumstances of this case; and with the defendant being agreeable to such treatment; the Court hereby mandates Nicholas Patchen to participate in and successfully complete 28 days of inpatient substance abuse treatment at McPike Addiction Treatment Center in Utica, New York, to be followed by any aftercare placement deemed necessary by the facility. This mandate includes any services and any prescriptions needed. The defendant is hereby **ORDERED** to be released from U.S. Marshal Service custody on August 4, 2026 and must report directly to McPike Addiction Treatment.

**IT IS SO ORDERED.**

Dated: _August 3, 2026_
       Syracuse, NY

                                            Glenn T. Suddaby
                                            U.S. District Judge